FORM B6D
(12/03)

In re **LANTIS EYEWEAR CORPORATION**                        ,        Case No. _____
           Debtor                                                                                                    (If known)

# SCHEDULE D– CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules..

    ☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> SEE ATTACHMENTS | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

  __4__ continuation sheets attached

                                                    Subtotal ▶ | $
                                              (Total of this Page)

                                                        Total ▶ | $139,373,814
                                              (Use only on last page )

                                                     (Report total also on Summary of Schedules)

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
ATTACHMENT D-1

In Re: Lantis Eyewear Corporation                                                                                                Case No:

| CREDITOR'S NAME, MAILING ADDRESS, INCLUDING ZIP CODE AND ACCOUNT NUMBER | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|
| | | | Unknown in all cases. |
| HIG Recovery Fund II, Inc<br>1001 South Bayshore Drive<br>Suite 2700<br>Miami, FL 33131 | 2/23/2004<br>Collateral: Lien on substantially all of the Debtor's assets.<br>Value: Unknown | $100,181,000 | Unknown |
| 777 Sinatra Drive Corp.<br>Hartz Mountain Industries, Inc.<br>400 Plaza Drive<br>Secaucus, NJ 07094 | Real Property<br>Collateral: Security Deposit<br>Value: Unknown | $37,533,203 | Unknown |
| S.L Green Realty Corp.<br>420- Lexington Avenue<br>New York, NY 10170 | Real Property<br>Collateral: Security Deposit<br>Value: Unknown | $184,232 | Unknown |
| Ashland Properties<br>James McClelland<br>McClelland Consulting Engineers, Inc.<br>PO Box 34087<br>Little Rock, AR 72203-4087 | Real Property<br>Collateral: Security Deposit<br>Value: Unknown | $23,247 | Unknown |
| Pitney Bowes<br>Pitney Bowes Credit Corporation<br>Margaret Stroup Close, Major Account Executive<br>Account No. 4523214<br>34 Maple Avenue, Suite 101<br>Pine Brook, NJ 07058-9769 | Mail Machine<br>Collateral: Leased Equipment<br>Value: Unknown | $22,968 | Unknown |
| Pitney Bowes<br>Pitney Bowes Credit Corporation<br>Margaret Stroup Close, Major Account Executive<br>Account No. 4523214<br>34 Maple Avenue, Suite 101<br>Pine Brook, NJ 07058-9769 | Mail Machine<br>Collateral: Leased Equipment<br>Value: Unknown | $26,513 | Unknown |
| Dell<br>Dell Financial Services LP<br>Mary Franklin, Senior Lease Specialist<br>Contract No. 001-4256886-510<br>One Dell Way<br>Round Rock, TX 78682 | Computer Equipment<br>Collateral: Leased Equipment<br>Value: Unknown | $998 | Unknown |
| Citicorp<br>Citicorp Vendor Finance, Inc.<br>Cathy Blanford<br>Account No. 3166810<br>1800 Overcenter Drive<br>Moberly, MO 65270 | Computer Equipment<br>Collateral: Leased Equipment<br>Value: Unknown | $4,065 | Unknown |
| Citicorp<br>Citicorp Vendor Finance, Inc.<br>Cathy Blanford<br>Account No. 3166810<br>1800 Overcenter Drive<br>Moberly, MO 65270 | Computer Equipment<br>Collateral: Leased Equipment<br>Value: Unknown | $976 | Unknown |
| Raymond Leasing<br>Lease number 116321<br>Geraldine McCarthy<br>South Canal Street PO Box 130<br>Greene, NY 13778 | Warehouse Equipment<br>Collateral: Leased Equipment<br>Value: Unknown | $175,879 | Unknown |
| Tennant Financial<br>  Lease number 4095159-001<br>  4333 Edgewood Road NE<br>  Cedar Rapids, Iowa 52411 | Warehouse Equipment<br>Collateral: Leased Equipment<br>Value: Unknown | $5,355 | Unknown |

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
ATTACHMENT D-1

In Re: Lantis Eyewear Corporation                                                                                          Case No:

| CREDITOR'S NAME, MAILING ADDRESS, INCLUDING ZIP CODE AND ACCOUNT NUMBER | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|
| GMAC<br>Franklin Chevrolet, Inc.<br>2 Passaic Street<br>Garfield, NJ 07026 | Automobile<br>Collateral: Leased Vehicle<br>Value: Unknown | $5,136 | Unknown |
| DDI (CIT Technology Fin.)<br>DDI Leasing, Inc.<br>Lease TSM 697<br>271 Route 46 West<br>Fairfield, NJ 07004 | IBM AS400 Equipment<br>Collateral: Leased Equipment<br>Value: Unknown | $293,774 | Unknown |
| Siemens<br>Siemens Financial Services<br>Lease No. 629-0004126-000<br>3417 Collection Center Drive<br>Chicago, IL 60693 | Telecommunications Equipment<br>Collateral: Leased Equipment<br>Value: Unknown | $34,580 | Unknown |
| Siemens<br>Siemens Financial Services<br>Laura Camacho, Director Asset Management<br>Lease No. 629-0004127-000<br>200 Somerset Boulevard<br>Bridgewater, NJ 08807 | Telecommunications Equipment<br>Collateral: Leased Equipment<br>Value: Unknown | $47,975 | Unknown |
| Siemens<br>Siemens Financial Services<br>Laura Camacho, Director Asset Management<br>Lease No. 629-0004128-000<br>200 Somerset Boulevard<br>Bridgewater, NJ 08807 | Telecommunications Equipment<br>Collateral: Leased Equipment<br>Value: Unknown | $79,368 | Unknown |
| Siemens<br>Siemens Financial Services<br>Laura Camacho, Director Asset Management<br>Lease No. 759-0001721-000<br>200 Somerset Boulevard<br>Bridgewater, NJ 08807 | Telecommunications Equipment<br>Collateral: Leased Equipment<br>Value: Unknown | $64,791 | Unknown |
| Siemens<br>Siemens Financial Services<br>Laura Camacho, Director Asset Management<br>Lease No. 759-0001722-000<br>200 Somerset Boulevard<br>Bridgewater, NJ 08807 | Telecommunications Equipment<br>Collateral: Leased Equipment<br>Value: Unknown | $18,595 | Unknown |
| Xerox<br>Xerox Corporation<br>Margaret Casaletto<br>Contract No. 071245606-701533788<br>Serial No. DU4008770<br>201 Littleton Road<br>Morris Plains, NJ 07950 | Copier<br>Collateral: Leased Equipment<br>Value: Unknown | $109,622 | Unknown |
| Xerox<br>Xerox Corporation<br>Margaret Casaletto<br>Contract No. 071245606-701533788<br>Serial No. DU4008770<br>201 Littleton Road<br>Morris Plains, NJ 07950 | Copier<br>Collateral: Leased Equipment<br>Value: Unknown | $26,613 | Unknown |
| Xerox<br>Xerox Corporation<br>Margaret Casaletto<br>Contract No. 071245606-701533788<br>Serial No. DU4008770<br>201 Littleton Road<br>Morris Plains, NJ 07950 | Copier<br>Collateral: Leased Equipment<br>Value: Unknown | $26,613 | Unknown |
| Xerox<br>Xerox Corporation | Copier<br>Collateral: Leased Equipment | $18,900 | Unknown |

*SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS*
*ATTACHMENT D-1*

*In Re: Lantis Eyewear Corporation*            Case No:

| CREDITOR'S NAME, MAILING ADDRESS, INCLUDING ZIP CODE AND ACCOUNT NUMBER | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|
| Margaret Casaletto<br>Contract No. 071245606-701533788<br>Serial No. DU4008770<br>201 Littleton Road<br>Morris Plains, NJ 07950 | Value: Unknown | | |
| Xerox<br>Xerox Corporation<br>Margaret Casaletto<br>Contract No. 071245606-701533788<br>Serial No. DU4008770<br>201 Littleton Road<br>Morris Plains, NJ 07950 | Copier<br>Collateral: Leased Equipment<br>Value: Unknown | $26,613 | Unknown |
| Xerox<br>Xerox Corporation<br>Margaret Casaletto<br>Contract No. 071245606-701533788<br>Serial No. DU4008770<br>201 Littleton Road<br>Morris Plains, NJ 07950 | Copier<br>Collateral: Leased Equipment<br>Value: Unknown | $26,613 | Unknown |
| Xerox<br>Xerox Corporation<br>Margaret Casaletto<br>Contract No. 071245606-701533788<br>Serial No. DU4008770<br>201 Littleton Road<br>Morris Plains, NJ 07950 | Copier<br>Collateral: Leased Equipment<br>Value: Unknown | $4,721 | Unknown |
| CIT<br>  Chris Phillips<br>  Lease number 060-0002597-00<br>  4600 Touchton Road East Suite 300<br>  Jacksonville, FL 32246 | Sensormatic Equipment-Security<br>Collateral: Leased Equipment<br>Value: Unknown | $67,739 | Unknown |
| CIT<br>  Chris Phillips<br>  Lease number 060-0002597-00<br>  4600 Touchton Road East Suite 300<br>  Jacksonville, FL 32246 | Sensormatic Equipment-Security<br>Collateral: Leased Equipment<br>Value: Unknown | $17,950 | Unknown |
| CIT<br>  Chris Phillips<br>  Lease number 060-0002597-00<br>  4600 Touchton Road East Suite 300<br>  Jacksonville, FL 32246 | Sensormatic Equipment-Security<br>Collateral: Leased Equipment<br>Value: Unknown | $6,741 | Unknown |
| Canon<br>Canon Copiers<br>David Cevallos, Account Executive<br>Account No. 003-0220281-001<br>158 Gaither Drive Suite 200<br>PO Box 5008<br>Mt. Laurel, NJ 08054 | Copier<br>Collateral: Leased Equipment<br>Value: Unknown | $18,090 | Unknown |
| Canon<br>Canon Copiers<br>David Cevallos, Account Executive<br>Account No. 003-0220281-001<br>158 Gaither Drive Suite 200<br>PO Box 5008<br>Mt. Laurel, NJ 08054 | Copier<br>Collateral: Leased Equipment<br>Value: Unknown | $246,510 | Unknown |
| Canon<br>Canon Copiers<br>David Cevallos, Account Executive<br>Account No. 003-0220281-002<br>158 Gaither Drive Suite 200<br>PO Box 5008<br>Mt. Laurel, NJ 08054 | Copier<br>Collateral: Leased Equipment<br>Value: Unknown | $72,765 | Unknown |

| CREDITOR'S NAME, MAILING ADDRESS, INCLUDING ZIP CODE AND ACCOUNT NUMBER | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|
| Audi Lease End Group<br>Lease number 807734567<br>3800 Hamlin Road<br>Auburn Hills, MI 48326 | Automobile Lease<br>Collateral: Leased Vehicle<br>Value: Unknown | $1,219 | Unknown |
| Marlin Leasing<br>Lease number 001-0130532-001<br>124 Gaither Drive<br>Mt. Laurel, NJ 08054 | Water Cooler<br>Collateral: Leased Equipment<br>Value: Unknown | $450 | Unknown |