FORM B6E
(04/04)

In re **LANTIS EYEWEAR CORPORATION**,  Case No. _____
Debtor (If known)

# SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filed of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extension of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☒ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☒ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, which occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farms and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

FORM B6E
(04/04)

In re **LANTIS EYEWEAR CORPORATION**                    ,					Case No. _____
               Debtor									(If known)


☐ **Alimony, Maintenance, or Support**

   Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).


\* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____6_____ continuation sheets attached

LANTIS EYEWEAR CORPORATION
Case No.
SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | | | | | | CO-DEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO OFFSET, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

WAGES, SALARIES and COMMISSIONS

| Creditor | | | | | | | | Date/Consideration | | | | Amount of Claim | Amount Entitled |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Moellentine, Lon J | n/a | Lantis Eyewear Corporation | 461 Fifth Avenue | New York | NY | 10017 | | Wages, salaries and | | | | 10,577 | 4,925 |
| Chizen, Stuart | n/a | Lantis Eyewear Corporation | 461 Fifth Avenue | New York | NY | 10017 | | commissions earned | | | | 8,019 | 4,925 |
| Bartley, Bruce J | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | within 90 days | | | | 6,852 | 4,925 |
| Sennett, Scott | n/a | Lantis Eyewear Corporation | 461 Fifth Avenue | New York | NY | 10017 | | immediately preceding | | | | 6,310 | 4,925 |
| Lemay, Emile | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | the filing of the petition | | | | 5,393 | 4,925 |
| Duguay, Sylvio | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | 5,439 | 4,925 |
| Massa, Joseph | n/a | Lantis Eyewear Corporation | 461 Fifth Avenue | New York | NY | 10017 | | " | | | | 3,860 | 3,860 |
| Maskery, Thomas R. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | 3,661 | 3,661 |
| Potruck, Murray S. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | 3,419 | 3,419 |
| Cotton, Michael H. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | 3,049 | 3,049 |
| Karch, John H | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | 2,769 | 2,769 |
| Cotton, David T. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | 2,766 | 2,766 |
| Knuff, James M | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | 2,732 | 2,732 |
| Ogando, Juan C. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | 2,488 | 2,488 |
| Hanlon, John F. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | 2,550 | 2,550 |
| Curcione, Trudi | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | 2,418 | 2,418 |
| Parker, Timothy R. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | 2,404 | 2,404 |
| Adametz, Rudolph M. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | 2,404 | 2,404 |
| Trent, Jay | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | 2,388 | 2,388 |
| Davenport, Meredith | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | 3,877 | 3,877 |
| Luzuriaga, Adriel F | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | 2,308 | 2,308 |
| Brandes, David T. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | 2,221 | 2,221 |
| Liston, Brian | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | 2,221 | 2,221 |
| Robison, Larry G. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | 2,196 | 2,196 |
| Migliozzi, Lauren M | n/a | Lantis Eyewear Corporation | 461 Fifth Avenue | New York | NY | 10017 | | " | | | | 1,976 | 1,976 |
| Tobin, Gerald | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | 2,068 | 2,068 |
| Ruiz, Kenneth | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | 2,472 | 2,472 |
| Briggs, William S. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | 1,923 | 1,923 |
| Rosenfeld, Jeni Tan | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | 1,918 | 1,918 |
| Berger, Michael J. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | 3,434 | 3,434 |
| Viscovich, Vanessa | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | 1,919 | 1,919 |
| Healey, Richard T. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | 1,817 | 1,817 |
| Telan, Joseph | n/a | Lantis Eyewear Corporation | 461 Fifth Avenue | New York | NY | 10017 | | " | | | | 1,783 | 1,783 |
| Ruggiero, Adrienne | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | 1,929 | 1,929 |
| O'Connor, Michael J | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | 1,750 | 1,750 |
| Dimonte, Patricia | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | 1,731 | 1,731 |
| Oneill, Kyla | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | 1,592 | 1,592 |
| Luebke, Christine | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | 2,368 | 2,368 |
| Hirst, Linda | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | 1,531 | 1,531 |
| Principe, Alexander | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | 1,502 | 1,502 |
| Cassiere, Daniel J. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | 1,500 | 1,500 |
| Finlayson, Thomas N | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | 1,535 | 1,535 |
| Butchin, Larry M. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | 1,469 | 1,469 |
| Siskind, Rochelle | n/a | Lantis Eyewear Corporation | 461 Fifth Avenue | New York | NY | 10017 | | " | | | | 1,401 | 1,401 |
| Deluca, Dina | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | 1,492 | 1,492 |
| Butchin, Kenneth A. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | 1,443 | 1,443 |
| Dagnery, Alina D. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | 1,379 | 1,379 |
| Buenemann, Roger | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | 1,407 | 1,407 |
| Harrison, Kevin S. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | 1,346 | 1,346 |
| Descafano, Charles | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | 1,337 | 1,337 |
| Wexler, Adele M. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | 1,335 | 1,335 |
| Aguilar, Miguel A. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | 1,326 | 1,326 |
| Rivers, Keith | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | 1,382 | 1,382 |
| Giulias, Pamela | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | 1,308 | 1,308 |
| Sininsky, Sheryl A. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | 1,298 | 1,298 |
| Peltz, Debra | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | 1,261 | 1,261 |

LANTIS EYEWEAR CORPORATION
Case No.
SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | | | | | | CO-DEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO OFFSET, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Campo, Joyce A. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | | | | | | 1,338 | 1,338 |
| Racaza, Andrew Anth | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 1,224 | 1,224 |
| Wilson Dyson, Lisa | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 1,212 | 1,212 |
| Lewis, Carey A. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 1,207 | 1,207 |
| Caruso, Virginia T. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 1,263 | 1,263 |
| Yune, Hyurk Joon | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 1,183 | 1,183 |
| Vivona, Maria A. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 1,173 | 1,173 |
| Kuhlmann, Nadia | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 1,166 | 1,166 |
| Ciriaco, Israel Viv | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 1,163 | 1,163 |
| Scialla, Robert A. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 1,156 | 1,156 |
| Columbia, Wayne | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 1,154 | 1,154 |
| Spinoso, Julia A. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 1,154 | 1,154 |
| Colantone Putruele, | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 1,149 | 1,149 |
| Kopyla, Renee J. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 4,640 | 4,640 |
| Brennan, William J. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 1,111 | 1,111 |
| Baudo Trosino, Pame | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 1,167 | 1,167 |
| Tadros, Michael Y. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 1,106 | 1,106 |
| Meola, Karen | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 1,058 | 1,058 |
| Cheskes, Mark M. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 2,258 | 2,258 |
| Irimia, Mariana A. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 1,019 | 1,019 |
| Deluca, Karen L. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 1,015 | 1,015 |
| Janiec, Jacqueline | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 1,078 | 1,078 |
| Manz, Kurt W | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 974 | 974 |
| Welborn, Adeline | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 970 | 970 |
| Carfora, Renee | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 962 | 962 |
| Mikaelian, Alexandr | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 959 | 959 |
| Kelly, Karen | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 919 | 919 |
| Deresky, Mary C. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 914 | 914 |
| Lucas, Karl | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 893 | 893 |
| Alonzo, Anthony J. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 891 | 891 |
| Ferraro, Lola A. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 944 | 944 |
| May, Brooke E. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 865 | 865 |
| Fried, Jill R. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 865 | 865 |
| Gerber, Mara | n/a | Lantis Eyewear Corporation | 461 Fifth Avenue | New York | NY | 10017 | | " | | | | | 827 | 827 |
| Johnson, Joseph C. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 853 | 853 |
| Sigdal Zawila, Paul | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 849 | 849 |
| Townes, Sabrina L. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 846 | 846 |
| Golden, Janie Bell | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 844 | 844 |
| Lewis, Samona R. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 841 | 841 |
| Brandenberg, Erica | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 835 | 835 |
| Calise, Linda A. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 816 | 816 |
| Sofield, Aida E. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 808 | 808 |
| Zahri, Frances | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 793 | 793 |
| Galvin, Lisa D. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 782 | 782 |
| Fuccilli, Rosa D. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 781 | 781 |
| Singh, Brian | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 775 | 775 |
| Cadigan, Maimu R. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 771 | 771 |
| Francisco, Ana M. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 769 | 769 |
| Benoit, Mary E. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 826 | 826 |
| Villalobos, Nilda L | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 1,050 | 1,050 |
| Leon, Barbara | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 745 | 745 |
| Fleitas, Dorlys | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 735 | 735 |
| Galgano, Luigina | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 734 | 734 |
| Fabi, Josephine A. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 729 | 729 |
| Malkin, Helen B | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 775 | 775 |
| Maggiore, Jennifer | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 696 | 696 |
| Mercoli, Michele D. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 755 | 755 |
| Setnitzky, Annette | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ | 07074 | | " | | | | | 694 | 694 |

LANTIS EYEWEAR CORPORATION
Case No.
SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | | | | | | CO-DEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO OFFSET, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lamela, Tanya | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ 07074 | | | " | | | | 754 | 754 |
| Kibutu, Susan N. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ 07074 | | | " | | | | 692 | 692 |
| Garcia, Elizabeth | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ 07074 | | | " | | | | 692 | 692 |
| Sosa, Lourdes M. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ 07074 | | | " | | | | 692 | 692 |
| Leonard, Jinger M. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ 07074 | | | " | | | | 748 | 748 |
| Kalve, Rita E. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ 07074 | | | " | | | | 747 | 747 |
| Phillips, Teri A. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ 07074 | | | " | | | | 734 | 734 |
| Ryan, Stephanie A. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ 07074 | | | " | | | | 734 | 734 |
| Larocco, Heather M. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ 07074 | | | " | | | | 734 | 734 |
| Caruso, Grace | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ 07074 | | | " | | | | 673 | 673 |
| Curnayn, Patricia J | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ 07074 | | | " | | | | 658 | 658 |
| Olesko, Susan | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ 07074 | | | " | | | | 715 | 715 |
| Mazzeo, Borghesia | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ 07074 | | | " | | | | 654 | 654 |
| Trappe, Barbara | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ 07074 | | | " | | | | 638 | 638 |
| Anderson, Lorraine | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ 07074 | | | " | | | | 634 | 634 |
| Romano, Lisa M | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ 07074 | | | " | | | | 629 | 629 |
| Nestor Franklin, Ra | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ 07074 | | | " | | | | 611 | 611 |
| Plasencia, Xiomara | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ 07074 | | | " | | | | 606 | 606 |
| Beskin, Kimberly A. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ 07074 | | | " | | | | 594 | 594 |
| Davis, Angela | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ 07074 | | | " | | | | 594 | 594 |
| Frankle, Harvey | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ 07074 | | | " | | | | 581 | 581 |
| Dragan, John G. | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ 07074 | | | " | | | | 546 | 546 |
| Sierra, Miriam | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ 07074 | | | " | | | | 530 | 530 |
| Barral, Karina | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ 07074 | | | " | | | | 528 | 528 |
| Arias, Jacqueline | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ 07074 | | | " | | | | 495 | 495 |
| Montero, Guillermin | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ 07074 | | | " | | | | 465 | 465 |
| Valentin, Irys | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ 07074 | | | " | | | | 338 | 338 |
| Ensuncho, William | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ 07074 | | | " | | | | 336 | 336 |
| Garcia, Katherine | n/a | Lantis Eyewear Corporation | 755 Secaucus Road | Secaucus | NJ 07074 | | | " | | | | 318 | 318 |
| | | | | | | | | " | | | | 280 | 280 |
| (the employees listed above are owed 5 days of wages covering the period May 19, 2004 to May 25, 2004. Commissions are an estimate for the period May 1, 2004 to May 25, 2004) | | | | | | | | | | | | 223,550 | 210,510 |
| Warehouse Hourly Labor Staff | n/a | Lantis Eyewear Corporation (approx. 225 hourly employees who will be owed 7 days of wages covering the period May 17, 2004 to May 25, 2004. No individual employee will exceed $4,925) | 755 Secaucus Road | Secaucus | NJ 07074 | | | " | | | | 70,000 | 70,000 |
| LMS Merechandising Staff | n/a | Lantis Eyewear Corporation (approx. 750 hourly employees who will be owed 7 days of wages covering the period May 17, 2004 to May 25, 2004. No individual employee will exceed $4,925) | 755 Secaucus Road | Secaucus | NJ 07074 | | | " | | | | 66,500 | 66,500 |
| Independent Sales Reps | n/a | Lantis Eyewear Corporation (approx. 20 independent sales reps who will be owed commission for the period from May 1, 2004 to May 25, 2004. No individual rep will exceed $4,925) | 755 Secaucus Road | Secaucus | NJ 07074 | | | " | | | | 15,000 | 15,000 |
| Lantis Employee Performance Bonus Plan | n/a | Lantis Eyewear Corporation (there are approx. 30 employees who, based on the current performance of their element of the business, will earn a bonus for the fiscal year ended July 31, 2004. The final bonus amounts are not calcuiable until January 2004, at which time all seasonal returns have been received. Payment of these bonuses will be made in March and April of 2005). | 755 Secaucus Road | Secaucus | NJ 07074 | | | Potential bonus earned for the period August 1, 2003 to May 25, 2004 | X | X | | unknown | unknown |

CONTRIBUTIONS TO EMPLOYEE BENEFIT PLANS

LANTIS EYEWEAR CORPORATION
Case No.
SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | | | | | | CO-DEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO OFFSET, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Health Net | 197879 | | PO Box 904 | Shelton | CT | 06484 | | Money owed to | | | | 103,865 | 103,865 |
| Delta Dental | 197878 | | PO Box 23700 | Newark | NJ | 07189 | | employee benefit plans | | | | 11,422 | 11,422 |
| Guardian | 197880 | | PO Box 530157 | Atlanta | GA | 30353 | | for services rendered | | | | 12,201 | 12,201 |
| AFLAC New York | 275169 | Remittance Processing Center | 1932 Wynnton Road | Columbus | GA | 31999 | | within 180 days | | | | 2,700 | 2,700 |
| Mass Mutual Insurance | 183156 | | 1295 State Street | Springfield | MA | 01111 | | immediately preceding | | | | 4,000 | 4,000 |
| Reliance Standard Life Insurance Company | 226035 | | PO Box 8300 | Philadelphia | PA | 19178 | | the filing of the petition | | | | | |
| First Rehabilitation Life Insurance | 187606 | | 600 Northern Blvd | Great Neck | NY | 11021 | | " | | | | 7,950 | 7,950 |
| | | | | | | | | " | | | | 452 | 452 |

TAXES and CERTAIN OTHER DEBTS OWED to GOVERNMENTAL UNITS

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Benton County | n/a | Benton County Assessor's Office | 215 East Central | Bentonville | AR | 72712 | | Property taxes for 2003 and 2004 | | | | 12,000 | 4,925 |
| North Dakota Workforce Safety and Insurance Policyholder Service Division | 102409 | | PO Box 5585 | Bismark | ND | 58506 | | Workers comp premiums Oct 2003 to May 25, 2004 | | | | 100 | 100 |
| Ohio Bureau of Workers Compensation | 102825 | BWC State Insurance Fund | - | Columbus | OH | 43271 | | Workers comp premiums 1999 to May 25, 2004 | | | | 8,000 | 4,925 |
| Washington Department of Labor & Industries | 202328 | - | PO Box 24688 | Seattle | WA | 98124 | | Workers comp premiums April 2004 to May 25, 2004 | | | | 500 | 500 |
| State of West Virginia | 102402 | Workers' Compensation Commission | PO Box 921 | Charlestown | WV | 25323 | | Workers comp premiums April 2004 to May 25, 2004 | | | | 200 | 200 |
| Wyoming Department of Employment | 281040 | Employment Tax Division | PO Box 20006 | Cheyenne | WY | 82003 | | Workers comp premiums April 2004 to May 25, 2004 | | | | 100 | 100 |
| New Jersey | 102145 | | CN 999 | Trenton | NJ | 08625 | | Sale and Use tax Jan 2004 to May 25, 2004 | | | | 3,500 | 3,500 |
| Virginia Department of Taxation | 103339 | - | PO Box 1777 | Richmond | VA | 23218 | | Sale and Use tax Jan 2004 to May 25, 2004 | | | | 1,000 | 1,000 |
| Washington Department of Revenue | 282805 | - | PO Box 34052 | Seattle | WA | 98124 | | Excise tax Jan 2004 to May 25, 2004 | | | | 2,000 | 2,000 |
| State Board of Equalization (California) | 102289 | | PO Box 942879 | Sacramento | CA | 94279 | | Sales tax Jan 2004 to May 25, 2004 | | | | 1,000 | 1,000 |
| US Customs | 102367 | | 6026 Lakeside Blvd | Indianapolis | IN | 46278 | | Import duties for May 25, 2004 | | | | 200 | 200 |
| Canada Customs and Revenue Agency | n/a | | 875 Heron Road | Ottawa | ON | K1A 1B1 | | Corporation Income Tax 2002 | | | | 2,100 | 2,100 |
| Alabama Department of Revenue | n/a | Director of the Department of Revenue | 50 North Ripley Street | Montgomery | AL | 36132 | | | X | | | unknown | unknown |
| Alaska Department of Revenue | n/a | Director of the Department of Revenue | 333 Willoughby Ave. | Juneau | AK | 99811 | | | X | | | unknown | unknown |
| Arizona Department of Revenue | n/a | Director of the Department of Revenue | 1600 W. Monroe Street | Phoenix | AZ | 85007 | | | X | | | unknown | unknown |
| Arkansas Department of Revenue | n/a | Director of the Department of Revenue | PO Box 3628 | Little Rock | AR | 72203 | | | X | | | unknown | unknown |
| California Franchise Tax Board | n/a | Director of the Department of Revenue | PO Box 942857 | Sacramento | CA | 94257 | | | X | | | unknown | unknown |
| Colorado Department of Revenue | n/a | Director of the Department of Revenue | 1375 Sherman Street | Denver | CO | 80261 | | | X | | | unknown | unknown |
| Department of Revenue Services | n/a | Director of the Department of Revenue | 25 Sigourney Street | Hartford | CT | 06106 | | | X | | | unknown | unknown |
| Delaware Division of Revenue | n/a | Director of the Department of Revenue | 820 N. French Street | Wilmington | DE | 19801 | | | X | | | unknown | unknown |
| Florida Department of Revenue | n/a | Director of the Department of Revenue | 1379 Blountstown Hwy | Tallahassee | FL | 32304 | | | X | | | unknown | unknown |
| Georgia Department of Revenue | n/a | Director of the Department of Revenue | 1800 Century Center E | Atlanta | GA | 30345 | | | X | | | unknown | unknown |
| Department of Taxation | n/a | Director of the Department of Revenue | PO Box 259 | Honolulu | HI | 96809 | | | X | | | unknown | unknown |
| Idaho State Tax Commission | n/a | Director of the Department of Revenue | PO Box 56 | Boise | ID | 83756 | | | X | | | unknown | unknown |
| Illinois Department of Revenue | n/a | Director of the Department of Revenue | 101 W. Jefferson Street | Springfield | IL | 62702 | | | X | | | unknown | unknown |
| Indiana Department of Reveenue | n/a | Director of the Department of Revenue | 100 N. Senate Avenue | Indianapolis | IN | 46204 | | | X | | | unknown | unknown |
| Iowa Department of Revenue | n/a | Director of the Department of Revenue | 1305 E. Walnut | Des Moines | IA | 50319 | | | X | | | unknown | unknown |
| Kansas Department of Revenue | n/a | Director of the Department of Revenue | 915 SW Harrison Street | Topeka | KS | 66612 | | | X | | | unknown | unknown |
| Kentucky Department of Revenue | n/a | Director of the Department of Revenue | 200 Fair Oaks Lane | Frankfort | KY | 40620 | | | X | | | unknown | unknown |
| Louisiana Department of Revenue | n/a | Director of the Department of Revenue | PO Box 201 | Baton Rouge | LA | 70821 | | | X | | | unknown | unknown |
| Maine Revenue Services | n/a | Director of the Department of Revenue | 24 State House Station | Augusta, ME | ME | 04333 | | | X | | | unknown | unknown |
| Comptroller of Maryland | n/a | Director of the Department of Revenue | | Annapolis, MD | MD | 21411 | | | X | | | unknown | unknown |

LANTIS EYEWEAR CORPORATION
Case No.
SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | | | | | | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO OFFSET, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Massachusetts Department of Revenue | n/a | Director of the Department of Revenue | PO Box 7025 | Boston | MA | 02204 | | | X | | | unknown | unknown |
| Michigan Department of Treasury | n/a | Director of the Department of Revenue | | Lansing | MI | 48922 | | | X | | | unknown | unknown |
| Minnesota Department of Revenue | n/a | Director of the Department of Revenue | 600 N. Robert Street | St. Paul | MN | 55146 | | | X | | | unknown | unknown |
| State Tax Commission | n/a | Director of the Department of Revenue | PO Box 1033 | Jackson | MS | 39215 | | | X | | | unknown | unknown |
| Missouri Division of Taxation and Collection | n/a | Director of the Department of Revenue | 301 West High St., Room | Jefferson City | MO | 65101 | | | X | | | unknown | unknown |
| Montana Department of Revenue | n/a | Director of the Department of Revenue | PO Box 5805 | Helena, MT | MT | 59604 | | | X | | | unknown | unknown |
| Nebraska Department of Revenue | n/a | Director of the Department of Revenue | PO Box 94818 | Lincoln, NB | NB | 68509 | | | X | | | unknown | unknown |
| Nevada Department of Taxation | n/a | Director of the Department of Revenue | 1550 E. College Parkway | Carson City | NV | 89706 | | | X | | | unknown | unknown |
| NH Department of Revenue Administration | n/a | Director of the Department of Revenue | 45 Chenell Drive | Concord | NH | 03302 | | | X | | | unknown | unknown |
| Division of Taxation | n/a | Director of the Department of Revenue | PO Box 281 | Trenton | NJ | 08695 | | | X | | | unknown | unknown |
| Taxation and Revenue Department | n/a | Director of the Department of Revenue | 1100 S. St. Francis Dr | Santa Fe | NM | 87504 | | | X | | | unknown | unknown |
| New York State Department of Taxation and | n/a | Director of the Department of Revenue | PO Box 5300 | Albany | NY | 12205 | | | X | | | unknown | unknown |
| North Carolina Department of Revenue | n/a | Director of the Department of Revenue | 501 N. Wilmington Street | Raleigh | NC | 27604 | | | X | | | unknown | unknown |
| Office of State Tax Commissioner | n/a | Director of the Department of Revenue | 600 E. Boulevard Ave | Bismark | ND | 58505 | | | X | | | unknown | unknown |
| Ohio Department of Taxation | n/a | Director of the Department of Revenue | 30 E. Broad Street, 22 | Columbus | OH | 43215 | | | X | | | unknown | unknown |
| Oklahoma Tax Commission - Income Tax | n/a | Director of the Department of Revenue | PO Box 26800 | Oklahoma City | OK | 73126 | | | X | | | unknown | unknown |
| Oregon Department of Revenue | n/a | Director of the Department of Revenue | 955 Center Street NE | Salem | OR | 97301 | | | X | | | unknown | unknown |
| PA Department of Revenue | n/a | Director of the Department of Revenue | Dept 280427 | Harrisburg | PA | 17128 | | | X | | | unknown | unknown |
| Rhode Island Division of Taxation | n/a | Director of the Department of Revenue | One Capitol Hill | Providence | RI | 02908 | | | X | | | unknown | unknown |
| South Carolina Department of Revenue | n/a | Director of the Department of Revenue | PO Box 125 | Columbia | SC | 29214 | | | X | | | unknown | unknown |
| South Dakota Department of Revenue | n/a | Director of the Department of Revenue | 445 East Capital Avenue | Pierre | SD | 57501 | | | X | | | unknown | unknown |
| Tennessee Department of Revenue | n/a | Director of the Department of Revenue | 500 Deaderick Street | Nashville | TN | 37242 | | | X | | | unknown | unknown |
| Texas Comptroller | n/a | Director of the Department of Revenue | PO Box 13528, Capitol | Austin | TX | 78711 | | | X | | | unknown | unknown |
| Utah State Tax Commission | n/a | Director of the Department of Revenue | 210 North 1950 West | Sal Lake City | UT | 84134 | | | X | | | unknown | unknown |
| Vermont Department of Taxes | n/a | Director of the Department of Revenue | 109 State Street | Montpelier | VT | 05609 | | | X | | | unknown | unknown |
| Virginia Department of Taxation | n/a | Director of the Department of Revenue | PO Box 1115 | Richmond | VA | 23218 | | | X | | | unknown | unknown |
| Washington State Department of Revenue | n/a | Director of the Department of Revenue | PO Box 47450 | Olympia | WA | 98504 | | | X | | | unknown | unknown |
| Legal Division | n/a | Director of the Department of Revenue | PO Box 766 | Charlestown | WV | 25323 | | | X | | | unknown | unknown |
| Office of the Secretary | n/a | Director of the Department of Revenue | 2135 Rimrock Road, PO | Madison | WI | 53708 | | | X | | | unknown | unknown |
| Wyoming Department of Revenue | n/a | Director of the Department of Revenue | 2nd Floor West | Cheyenne | WY | 82002 | | | X | | | unknown | unknown |