RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
Dennis J. O'Grady, Esq. (DO-7430)
J. Alex Kress, Esq. (JK-7189)
Courtney A. Sch ael, Esq. (CS-1295)
Jeffrey M. Sponder, Esq. (JS-5127)
Headquarters Plaza, One Speedwell Avenue
P.O. Box 1981
Morristown, New Jersey 07962-1981
(973) 538-0800

-and-

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
500 Fifth Avenue
Suite 4920
New York, New York 10110
(212) 302-6574

Attorneys for Debtor and Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| SITNAL, INC. f/k/a LANTIS EYEWEAR CORPORATION, | Case No. 04-13589 (ALG) |
| Debtor. | |

**NOTICE OF PRESENTMENT OF ORDER SCHEDULING HEARING FOR APPROVAL OF (1) DISCLOSURE STATEMENT PURSUANT TO 11 U.S.C. § 1125 FOR SOLICITATION OF ACCEPTANCES OR REJECTIONS OF PROPOSED LIQUIDATING PLAN FOR THE DEBTOR, SITNAL, INC., JOINTLY PROPOSED BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND THE DEBTOR FILED ON DECEMBER 10, 2004, AND (2) VOTING AND SOLICITATION PROCEDURES**

PLEASE TAKE NOTICE THAT Sitnal, Inc. (f/k/a Lantis Eyewear Corporation) ("Sitnal" or the "Debtor"), by and through its counsel, Riker, Danzig,

Scherer, Hyland & Perretti LLP, will present the proposed order annexed hereto Scheduling Hearing for Approval of (1) Disclosure Statement Pursuant to 11 U.S.C. § 1125 for Solicitation of Acceptances or Rejections of Proposed Liquidating Plan for the Debtor, Sitnal, Inc. Jointly Proposed by the Official Committee of Unsecured Creditors and the Debtor, Filed on December 10, 2004, and (2) Voting and Solicitation Procedures, to the Honorable Allan L. Gropper, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Customs House, One Bowling Green, New York, NY 10004-1408, for signature on **December 15, 2004, at 12:00 noon.**

PLEASE TAKE FURTHER NOTICE THAT objections, if any, to the proposed order shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and Local Rules of Bankruptcy Procedure for the Southern District of New York, shall set forth the name of the objectant, the nature and amount of claims or interests held or asserted by the objectant against the Debtor's estate or property, the basis for the objection, and the specific grounds therefor, and shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers) and served in accordance with General Order M-242, so as to be **received on or before 11:30 a.m. on December 15, 2004**, and shall further be served upon: (a) counsel to the Debtor, Riker, Danzig, Scherer, Hyland & Perretti LLP, One Speedwell Avenue, Morristown, New Jersey 07962-1981, Attn.: Dennis J. O'Grady, Esq. (dogrady@riker.com) and J. Alex

Kress, Esq. (akress@riker.com), (b) counsel to the Lender, Greenberg Traurig, P.A., 1221 Brickell Avenue, Miami, FL 33131, Attn.: James P. S. Leshaw, Esq. (leshawj@gtlaw.com) and Greenberg Traurig, LLP, MetLife Building, 200 Park Avenue, New York, NY 10166 Attn. Thomas J. Weber, Esq. (webert@gtlaw.com), (c) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn.: Brian Masumoto, Esq., (d) co-counsel for the Creditors' Committee, Arent Fox PLLC, 1675 Broadway, New York, NY 10019, Attn.: Andrew L. Silfen, Esq. (silfen.andrew@arent.com) and Martin W. Chow, Esq., 11 East Broadway, 11th Floor, New York, NY 10038, and (e) those parties filing notices of appearance.

PLEASE TAKE FURTHER NOTICE that, unless a written objection to the proposed order, with proof of service, is served and filed with the Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's chambers not later than 11:30 a.m. on December 15, 2004, the order may be signed.

Dated: New York, NY
December 10, 2004

        RIKER, DANZIG, SCHERER, HYLAND
         & PERRETTI LLP

        By:   /J.Alex Kress/
        Dennis J. O'Grady, Esq. (DO-7430)
        J. Alex Kress, Esq. (JK-7189)
        Courtney A. Schael, Esq. (CS-1295)
        Jeffrey M. Sponder, Esq. (JS-5127)
        One Speedwell Avenue
        Morristown, NJ 079262-1981
        Telephone: (973) 538-0800
        Fax: (973) 538-1984

        -and-

RIKER, DANZIG, SCHERER, HYLAND
  & PERRETTI LLP
500 Fifth Avenue
Suite 4920
New York, New York  10110
(212) 302-6574

Attorneys for Debtor and Debtor-in-Possession

3493789.1