UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re:<br><br>SITNAL, INC. f/k/a LANTIS EYEWEAR CORPORATION,<br><br>Debtor. | Chapter 11<br><br>Case No. 04-13589 (ALG) |
|---|---|

**NOTICE OF HEARING ON DISCLOSURE STATEMENT
AND VOTING AND SOLICITATION PROCEDURES**

      PLEASE TAKE NOTICE that a hearing will be held on **January 19, 2005, at 11:00 a.m.** before the Honorable Allan L. Gropper, U.S.B.J. at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Customs House, One Bowling Green, New York, NY 10004-1408, Courtroom 617, to consider the adequacy of the Disclosure Statement jointly filed by the Debtor and the Official Committee of Unsecured Creditors on December 10, 2004 (the "Disclosure Statement") and to consider certain procedures for soliciting and tabulating votes with respect to the Plan (the "Voting Procedures").

      PLEASE TAKE FURTHER NOTICE that the Disclosure Statement has been electronically filed with the Clerk of the Bankruptcy Court and may be examined and inspected by interested parties on the Bankruptcy Court's website: http://www.nysb.uscourts.gov (PACER registration required) or the website of the Debtor's noticing and claims agent, Bankruptcy Services LLC: www.bsillc.com (no registration required), or by contacting counsel for the Debtor.

      PLEASE TAKE FURTHER NOTICE that objections, if any, must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and Local Rules of Bankruptcy Procedure for the Southern District of New York, and shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers) and served in accordance with General Order M-242, so as to be **received on or before January 14, 2005**, and shall further be served upon: (a) counsel to the Debtor, Riker, Danzig, Scherer, Hyland & Perretti LLP, One Speedwell Avenue, Morristown, New Jersey 07962-1981, Attn.: Dennis J. O'Grady, Esq. (dogrady@riker.com) and J. Alex Kress, Esq. (akress@riker.com), (b) counsel to the Lender, Greenberg Traurig, P.A., 1221 Brickell Avenue, Miami, FL 33131, Attn.: James P. S. Leshaw, Esq. (leshawj@gtlaw.com) and Greenberg Traurig, LLP, MetLife Building, 200 Park Avenue, New York, NY 10166 Attn.: Thomas J. Weber, Esq. (webert@gtlaw.com), (c) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn.: Brian Masumoto, Esq., (d) co-counsel for the Creditors' Committee, Arent Fox PLLC, 1675 Broadway, New York, NY 10019, Attn.: Andrew L. Silfen, Esq. and Martin W. Chow, Esq., 11 East Broadway, 11th Floor, New York, NY 10038 and (e) those parties filing notices of appearance, so as to be actually received no later than January 14, 2005 at 4:00 p.m. (prevailing Eastern Time).

Dated: New York, New York
       December 17, 2004

                            /s    J. Alex Kress
                      Dennis J. O'Grady, Esq.
                      J. Alex Kress, Esq.
                      RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
                      Headquarters Plaza, One Speedwell Avenue
                      P.O. Box 1981
                      Morristown, New Jersey 07962-1981
                      (973) 538-0800
                                -and-
                      500 Fifth Avenue
                      Suite 4920
                      New York, New York 10110
                      (212) 302-6574
3493513.2                 Attorneys for Debtor and Debtor-in-Possession