**EXHIBIT B**

ARENT FOX LLP
Andrew I. Silfen
Heike M. Vogel
1675 Broadway
New York, NY 10019
(212) 484-3900

Attorneys for the Creditor Trustee, Dorene Robotti

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| SITNAL, INC., f/k/a<br>LANTIS EYEWEAR CORPORATION, | Case No. 04-13589 (ALG) |
| Debtor. | |

--------------------------------------------------------x

## **CLOSING REPORT IN CHAPTER 11 CASE**

TO THE CLERK OF THE BANKRUPTCY COURT:

This closing report is submitted pursuant to the Local Bankruptcy Rule 3022-1.

The following information is provided to the best of the knowledge and belief of the undersigned.

FEES AND EXPENSES (from case inception to confirmation):

$ 842,665    FEES and EXPENSES for ATTORNEY for DEBTOR

$ 1,712,681  OTHER PROFESSIONAL FEES and EXPENSES

_____

FEES AND EXPENSES (from post-confirmation to closure)

$ 407,455    FEES and EXPENSES for CREDITOR TRUSTEE

$ 2,117,663  FEES & EXPENSES for ATTORNEYS for CREDITOR TRUSTEE

$ 141,072    FEES & EXPENSES for OTHER PROFESSIONALS

$ 27,100     FEES & EXPENSES for UNITED STATES TRUSTEE

NYC/481026.1

| N/A | FEES for CHAPTER 7 TRUSTEE (if applicable) |
| --- | --- |
| N/A | FEES for ATTORNEY for TRUSTEE (if applicable) |

_____

| 18.64 | % DIVIDEND PAID |
| --- | --- |
| 0 | POTENTIAL FUTURE DIVIDENDS |

STEPS TAKEN TO CONSUMMATE PLAN:

| Yes | All distributions under the plan completed. |
| --- | --- |

Dated:  New York, New York  ARENT FOX LLP
        April 15, 2010  Attorneys for the Creditor Trustee,
                                   Dorene Robotti

                                   By: */s/ Heike M. Vogel*
                                       Andrew I. Silfen
                                       Heike M. Vogel
                                       1675 Broadway
                                       New York, NY 10019
                                       (212) 484-3900