ARENT FOX LLP
Andrew I. Silfen
Heike M. Vogel
1675 Broadway
New York, New York 10019
(212) 484-3900

Counsel for the Successor Creditor Trustee, Dorene Robotti

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re                                                                           Chapter 11

SITNAL, INC., f/k/a                                                   Case No. 04-13589 (ALG)
LANTIS EYEWEAR CORPORATION,

                Debtor.
---------------------------------------------------------x

## NOTICE OF DEPOSIT OF UNCLAIMED DIVIDENDS

PLEASE TAKE NOTICE that Dorene Robotti of Clear Thinking Group LLC, as Successor Creditor Trustee (the "Successor Creditor Trustee") of the Sitnal Creditor Trust (the "Creditor Trust") has attempted to distribute dividends to creditor Allied Industrial Limited of Moulin International Holdings, Ltd. ("Allied"), which dividends remain unclaimed and will be deposited into the Court's Registry in the event Allied seeks to claim them in the near future.

Dated:   New York, New York
           September 14, 2010

                                            ARENT FOX LLP
                                            Attorneys for the Successor Creditor Trustee,
                                            Dorene Robotti

                                            By: */s/ Heike M. Vogel*
                                                Andrew I. Silfen
                                                Heike M. Vogel
                                                1675 Broadway
                                                New York, NY 10019
                                                (212) 484-3900

NYC/482265.1