UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

SITNAL, INC., f/k/a
LANTIS EYEWEAR CORPORATION,

Debtor.

Chapter 11

Case No. 04-13589 (ALG)

**NOTICE OF DEPOSIT OF UNCLAIMED DIVIDENDS**

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend Paid |
|---|---|---|---|
| 192 | Allied Industrial Limited Of Moulin International Holdings, Ltd c/o Morrison & Foerster, LLP 1290 Avenue of the Americas New York, NY 10104 | 1,600,000.00 | 218,240.00 |

**TOTAL UNCLAIMED DIVIDENDS:** $218,240.00

Dated: September 8, 2010

Dorene Robotti
Creditor Trustee
c/o Clear Thinking Group LLC
401 Towne Centre Drive
Hillsborough, NJ 08844

SEP 15 2010

NYC/504876.1