

**FTI Consulting**
14th Floor
The Hong Kong Club Building
3A Chater Road, Central
Hong Kong

富高諮詢有限公司
香港中環遮打道3A
香港會所大廈14樓

+852 2820.5600   main 電話
+852 2521.7632   facsimile 傳真

fticonsulting.com

**BY COURIER**

29 September 2010
Our Ref : PWW/AIL296NYW/B10 (DEADEB)
Your Ref: Chapter 11 Case No.04-13589(ALG)

Clerk of the Court
United States Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green
New York
NY 10004-1408
U.S.A.



RECEIVED OCT - 4 2010 U.S. BANKRUPTCY COURT, SDNY

**Re: ALLIED INDUSTRIAL LIMITED**
   **(In Creditors' Voluntary Liquidation)("the Company")**

   **Sitnal, Inc., f/k/a Lantis Eyewear Corporation**
   **Chapter 11 Case No. 04-13589(ALG)**
   **Refund of Unclaimed Dividend of US$218,240.00**

Dear Sirs

I refer to the Notice of Deposit of Unclaimed Dividends in the sum of US$218,240.00 along with a letter addressed to the United States Bankruptcy Court ("the Court") dated 14 September 2010 issued by Ms Lisa A. Indelicato of Messrs Arent Fox LLP (copies attached) I note that these documents were erroneously sent to Ferrier Hodgson, Melbourne.

At a meeting of the members of the Company held on 8 August 2005, the Company was placed into voluntary liquidation. Pursuant to a resolution passed at the meeting of the Company's creditors on the same day, Messrs Desmond Chung Seng Chiong and Roderick John Sutton (both formerly of Ferrier Hodgson, Hong Kong) were appointed as Joint and Several Liquidators of the Company. I enclose a certified true copy of our notice of appointment filed with the Companies Registry for your reference.

The Liquidation of the Company is still ongoing and I now request that the unclaimed monies be remitted to the Company's Account.

To avoid the time consuming banking procedure associated with foreign cheque clearances, I would be grateful if you can remit payment by way of an electronic transfer to the following bank account:

| | |
|---|---|
| Account name: | Allied Industrial Limited (In Creditors' Voluntary Liquidation) |
| HKD current account number: | 503-009045-001 |
| Bank name: | The Hongkong and Shanghai Banking Corporation |
| Bank address: | 1 Queen's Road Central, Central, Hong Kong |
| SWIFT code: | HSBCHKHHHKH |

If you have any questions concerning the above matter, please contact Ms Nicole Wong on +852 2820 5620 or me on +852 2820 5670 or email john.batchelor@fticonsulting-asia.com

Yours faithfully
**Allied Industrial Limited**

John Batchelor
For Joint and Several Liquidators

encl

cc    Ms Lisa A. Indelicato of Messrs Arent Fox LLP
      (fax No: +1 212 484 3990)



**Companies Registry**
公司註冊處

委任清盤人或臨時清盤人通知書
**Notification of Appointment of Liquidator or Provisional Liquidator**

(公司條例第 195(a)、228A(10) 及 253(1)(b)條)
(Companies Ordinance ss.195(a), 228A(10) & 253(1)(b))

表格 Form **W3**

重要事項 **Important Notes**
- 填表前請參閱《填表須知》。
  請用黑色墨水列印。
- Please read the accompanying notes before completing this form.
  Please print in black ink.

公司編號 **Company Number**: 0689813

**1 公司名稱 Company Name**

Allied Industrial Limited

(清盤在進行中 In Liquidation)

**2 清盤方式 Mode of Winding Up**

請在有關空格內加 ✓ 號 Please tick the relevant box

☐ 由法院作出清盤 Winding Up by Court

☐ 成員自動清盤 Members Voluntary Winding Up

☑ 債權人自動清盤 Creditors Voluntary Winding Up

☐ 其他清盤方式（請註明）Others (Please specify)

I certify that this is a true copy of the original, and was photocopied by me on 29 September 2010

John Batchelor

(註 Note 4)

提交人的資料 **Presentor's Reference**

姓名 Name: Ferrier Hodgson Limited

地址 Address: 14th Floor, Hong Kong Club Building
3A Chater Road
Central
Hong Kong

電話 Tel: 2820 5600    傳真 Fax: 2521 7632

電郵地址 E-mail Address: fh@fh.com.hk

檔號 Reference: AIL004JHN/A1(STA)

請勿填寫本欄 For Official Use

收件日期 RECEIVED 09 -08- 2005
CR 文件收發小組 Central Mail Unit

表格 Form **W3**

公司編號 Company Number
**0689813**

## 3 委任詳情 Details of Appointment

請在有關空格內加 ✓ 號 Please tick the relevant box(es)

1. 身份 Capacity: [✓] 清盤人 Liquidator    [ ] 臨時清盤人 Provisional Liquidator

   類別 Status: [ ] 唯一 Sole    [ ] 共同 Joint    [✓] 共同及各別 Joint & Several

   委任方式 Mode of Appointment: [ ] 公司決議 Resolution of Company    [✓] 債權人決議 Resolution of Creditors    [ ] 董事決議 Resolution of Directors    [ ] 法院命令 Court Order    [ ] 破產管理署署長委任 by the Official Receiver

   中文姓名 Name in Chinese: **N/A**

   英文姓名 Name in English: **Chiong** (姓氏 Surname)    **Desmond Chung Seng** (名字 Other Names)

   地址 Address: 14/F Hong Kong Club Building, 3A Chater Road, Central    **Hong Kong** (國家 Country)

   (註 Note 6) 電郵地址 E-mail Address: fh@fh.com.hk

   (註 Note 7) 身份證明 Identification
   
   a. 香港身份證號碼 Hong Kong Identity Card Number: **P252395(0)**
   
   b. 海外護照 Overseas Passport: **N/A** (簽發國家 Issuing Country)    **N/A** (號碼 Number)

   委任日期 Date of Appointment: **8** 日 DD    **8** 月 MM    **2005** 年 YYYY

第二頁 Page 2

指明編號 1/2004 (2004 年 2 月)
Specification No. 1/2004 (Feb. 2004)

| 表格 FORM | **W3** | 公司編號 Company Number |
|---|---|---|
| | | 0689813 |

**3 委任詳情 Details of Appointment** (續上頁 cont'd)

請在有關空格內加 ✓ 號  Please tick the relevant box(es)

**2 身份 Capacity**: [✓] 清盤人 Liquidator  [ ] 臨時清盤人 Provisional Liquidator

**類別 Status**: [ ] 唯一 Sole  [ ] 共同 Joint  [✓] 共同及各別 Joint & Several

**委任方式 Mode of Appointment**: [ ] 公司決議 Resolution of Company  [✓] 債權人決議 Resolution of Creditors  [ ] 董事決議 Resolution of Directors  [ ] 法院命令 Court Order  [ ] 破產管理署署長委任 by the Official Receiver

**中文姓名 Name in Chinese**: N/A

**英文姓名 Name in English**:
- 姓氏 Surname: Sutton
- 名字 Other Names: Roderick John

**地址 Address**: 14/F Hong Kong Club Building, 3A Chater Road, Central
**國家 Country**: Hong Kong

(註 Note 6) **電郵地址 E-mail Address**: fh@fh.com.hk

(註 Note 7) **身份證明 Identification**
a 香港身份證號碼 Hong Kong Identity Card Number: R089875(8)
b 海外護照 Overseas Passport:
- 簽發國家 Issuing Country: N/A
- 號碼 Number: N/A

**委任日期 Date of Appointment**: 8 日DD / 8 月MM / 2005 年YYYY

(註 Note 5)

簽署 Signed: *[signature]*
姓名 Name: Desmond Chung Seng Chiong
清盤人 Liquidator
日期 Date: 8/8/2005

簽署 Signed: *[signature]*
姓名 Name: Roderick John Sutton
清盤人 Liquidator
日期 Date: 8/8/2005

*請刪去不適用者 Delete whichever does not apply

第三頁 Page 3