

FTI Consulting
14th Floor
The Hong Kong Club Building
3A Chater Road, Central
Hong Kong

富高諮詢有限公司
香港中環遮打道3A
香港會所大廈14樓

+852 2820.5600    main 電話
+852 2521.7632    facsimile 傳真

fticonsulting.com

**By Registered Mail**

18 October 2010
Our Ref : PWW/AIL298FKW/B10 (DEADEB)
Your Ref: Chapter 11 Case No.04-13589 (ALG)

Clerk of the Court
United States Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green
New York
NY 10004-1408
U.S.A.



**Re: ALLIED INDUSTRIAL LIMITED**
   **(In Creditors' Voluntary Liquidation)("the Company")**

   **Sitnal, Inc., f/k/a Lantis Eyewear Corporation**
   **Chapter 11 Case No. 04-13589(ALG)**
   **Refund of Unclaimed Dividend of US$218,240.00**

Dear Sirs

I refer to my letter of 29 September 2010 (copy enclosed for your ease of reference).

To date, I have not received any response from you regarding the captioned unclaimed dividend. The Liquidation of the Company is still ongoing and I request the unclaimed dividend of US$218,240.00 be remitted to the Company's Account within 21 days from the date of this letter.

If you have any questions concerning the above matter, please feel free to contact Ms Nicole Wong by email nicole.wong@fticonsulting-asia.com or me by email john.batchelor@fticonsulting-asia.com.

Yours faithfully
**Allied Industrial Limited**

**John Batchelor**
For Joint and Several Liquidators

encl

cc    Ms Lisa A. Indelicato of Messrs Arent Fox LLP
      (fax No: +1 212 484 3990)